# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MALICK-FARDY B. TRAORE,

*Plaintiff,*

v.

STATE FARM FIRE AND CASUALTY
COMPANY, et al.,

*Defendants.*

CIVIL ACTION
NO. 25-6077

## ORDER

**AND NOW**, this 5th day of January, 2026, upon consideration of the Motions to Dismiss by State Farm Fire and Casualty Company (Dkt. No. 14), American Strategic Insurance Corporation (Dkt. No. 4) and Allstate Vehicle and Property Insurance Company (Dkt. No. 6), Traore's response (Dkt. No. 16) and the replies by American Strategic and Allstate (Dkt. Nos. 17 & 18), it is **ORDERED** that the Motions are **GRANTED**. And upon consideration of the Motion to Remand by Traore (Dkt. No. 10) and the responses by American Strategic, Allstate and State Farm (Dkt. Nos. 11, 13 & 15), it is **ORDERED** that the Motion is **DENIED**.

1. Traore's claims under Pennsylvania's Unfair Insurance Practices Act and Unfair Settlement Practices Regulations are **DISMISSED with prejudice**;

2. Traore's bad faith claim, Pennsylvania Unfair Trade Practices and Consumer Protection Law claim, New Jersey Consumer Fraud Act claim and negligence claim are **DISMISSED without prejudice**; and

3.  Traore may amend his Complaint, consistent with the accompanying

    Memorandum, on or before **Friday, February 6, 2026**.

BY THE COURT:

*/s/ Gerald J. Pappert*

Gerald J. Pappert, J.